R. B. Knowles, for appellant. A. S. Andrews, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STARKE, Respondent, v. CARROLL, Appellant. Supreme Court, Appellate Division, First Department. April 15, 1907.) Action by Morgan L. Starke against Dan A. Carroll. C. D. Kerr, for appellant. J. Kearney, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

STATE BOARD OF PHARMACY v. GASAU. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Action by the State Board of Pharmacy against Fred Gasau. No opinion. Application granted. Order signed.

STEIN v. KOOPERSTEIN. FLANAGAN v. REDEZ. ROGERS v. WILKENFELD. VAUGHN v. IRWIN. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Actions by Meyer Stein against Harry Kooperstein, by Dewitt C. Flanagan against Pietro Redez, by Gustavus A. Rogers against Joseph Wilkenfeld, and by Grace Vaughn against Fred Irwin. No opinions. Application in each case denied, with $10 costs. Order signed.

STERLING v. CHAPIN. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Action by James W. Sterling against Albert K. Chapin. No opinion. Motion denied, with $10 costs. Order filed.

STEVENSON, Appellant, v. KELLY et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by James A. Stevenson against John A. Kelly and another. No opinion. Order affirmed, with $10 costs and disbursements.

STORM et al. v. McGROVER et al. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Action by Theresa Storm and others against Sophie McGrover and another. No opinion. Motion denied, with $10 costs. Order filed.

STRASBURGER et al., Respondents, v. JANOWITZ, Appellant. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action by Bessie Strasburger and another against Julius Janowitz. B. D. Eisler, for appellant. H. A. Friedman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re STEWART'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. March 20, 1907.) In the matter of the administration of the estate of Nathaniel Stewart, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

STUBLEY, Respondent, v. GILBERT, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Ingham Stubley against Abel H. Gilbert, impleaded with others. No opinion. Interlocutory judgment affirmed, with costs.

STURGES v. WALKER et al. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Action by Alice Sturges against Ida J. Walker and others. No opinion. Motion granted, with $10 costs. Order filed.

SWEENEY, Respondent, v. NORRIS, Appellant. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by John J. Sweeney against William H. Norris. No opinion. Judgment of the Municipal Court affirmed, with costs.

SWEENEY, Respondent, v. S. LIEBMANN'S SONS BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by Michael Sweeny against the S. Liebmann's Sons Brewing Company. No opinion. Judgment and order unanimously affirmed, with costs.

TAMS, Appellant, v. SCHIRMER et al., Respondents. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by Arthur W. Tams against G. Schirmer and others. J. A. Douglas, for appellant. O. V. Schrenk, for respondents. No opinion. Order modified, by striking out subdivision 4 of the order appealed from, and, as modified, affirmed, without costs. No opinion. Settle order on notice.

TELLER, Appellant, v. SCHULZ et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Abraham Teller against Herman Schulz and another. No opinion. Motion granted, without costs.

THOMPSON, Appellant, v. EQUITABLE LIFE ASSUR. SOCIETY, Respondent. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action by Bertha Thompson, as administratrix, against the Equitable Life Assurance Society. R. J. Moses, for appellant. C. W. Pierson, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

THOMPSON, Appellant, v. METROPOLITAN LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 6, 1907.) Action by William H. Thompson against the Metropolitan Life Insurance Company. No opinion. It appearing that appellant has failed to file and serve his printed papers on appeal as required, and it not having been shown that a case containing exceptions is necessary, respondent's motion to dismiss the appeal herein is granted, with $10 costs.

THOMPSON, Appellant, v. METROPOLITAN LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 13, 1907.) Action by William H. Thompson against the Metropolitan Life Insurance Company. No opinion. Motion denied, without costs, on the ground that the appellant is not in default, under rule 41, for the reason that the time within which to serve his printed papers